IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00211-MSK-MEH

BRILL GLORIA HAUS- UND GARTENGERÄTE GmbH,

    Plaintiff,
v.

SUNLAWN, INC., and
TERRY JARVIS,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 18, 2008.**

    Plaintiff's Motion for Entry of Default and Default Judgment [Filed June 17, 2008; Docket #11] is **denied without prejudice**. Plaintiff shall file a motion for clerk's entry of default separate from and prior to seeking default judgment.